IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANETIRONY CLERVRAIN, Brandako Inc; and WESNER COMPERE, <br><br> Plaintiffs, <br><br> vs. <br><br> JEFF FORTENBERRY, DON BACON, ADRIAN SMITH, DON PETERSON, BOB EVNEN, JOHN MURANTE, CHARLIE JENSSEN, TYSON SHEPARD, TAYLOR GAGE, WAYNE BENA, ANDREW CARLSON, CAROL KIRCHNER, BRENDA OWEN, LUKE BARNARD, PAM BOYLE, KAREN KERSTEN, EDWIN MUKUSHA, SHERYL GARTNER, BRIAN SCHLICHTING, KAREN STOA, KEVIN HARFORD, DREW NIELSEN, RYAN SWANSON, CHARLES SWENSETH, DEAN BAQUET, MEREDITH KOPIT LEVIEN, JACQUELINE M. WELCH, MEGHAN LOUTTIT, PHILIP B. CORBETT, LIAN CHANG, MONICA DRAKE, DIANE BRAYTON, PUI-WING TAM, A. G. SULZBERGER, IVA DIXIT, HOLLY HARNISCH, TARA SARATH, FARHAD MANJOO, KEITH MCLEOD, JORDAN JACOBSON, JULIA SIMON, NATALIE BOOTH, KATHLEEN KINGSBURY, MARA GAY, GUY GRIGGS, DAVID RUBIN, MOTOKO RICH, ELLEN BARRY, KATHY RYAN, AUDRA BURCH, MICHAEL BARBARO, TRACIE LEE, | 7:22CV5003 <br><br> **ORDER** |

SEBASTIAN TOMICH, CLAUDIO CABRERA, ANNA BIALAS, HANNAH YANG, JOHN ELIGON, WILLIAM BARDEEN, JEANIE KAY, PETER RENTZ, DANIEL S. HENDRICKSON, MARDELL A. WILSON, JAN D. MADSEN, EILEEN C. BURKE-SULLIVAN, MARY E. CHASE, MATTHEW C. GERARD, HEIDI W. GRUNKEMEYER, JAMES S. JANSEN, RENE L. PADILLA, TRICIA A. BRUNDO SHARRAR, CATHERINE M. TODERO, SARAH S. WALKER, TANYA A. WINEGARD, MARCUS BLOSSOM, CATHERINE M. BROOKS, ROBERT W. DUNLAY, JOSHUA P. FERSHEE, KEVIN T. FITZGERALD, TRACY A. GADY, ANTHONY R. HENDRICKSON, ED J. HORWITZ, BRIDGET M. KEEGAN, RUSS B. PEARLMAN, DEREK M. SCOTT, JUDI A. SZATKO, JILLIAN A. WALLEN, AMY F. WILSON, DAVID L. BARNUM, JEFFREY J. FELDHAUS, NATALIE OLSEN, ISHMET DAVIDSON, MOBASHEER PATEL, and LURICA JACQUET,

     Defendants.

  Plaintiff Manetirony Clervrain, a non-prisoner, filed a "motion for mitigating financial burden." (Filing 2.) It will be treated as a motion for leave to proceed in forma pauperis. Upon review of Plaintiff's motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

  IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is

advised that the next step in his case will be for the court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 11th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge